IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUAN MARTINEZ
ADC #151680                                              PETITIONER

v.                    No. 5:17-cv-298-DPM-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                        RESPONDENT

## ORDER

Unopposed recommendation, № 39, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Martinez's motion for injunctive relief, № 36, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 February 2018