# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JUAN MARTINEZ
ADC #151680                                          PETITIONER

v.                          No. 5:17-cv-298-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                    RESPONDENT

## ORDER

1. Unopposed partial recommendation, № 59, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Martinez's motion for settlement and motion for a temporary restraining order, № 51 & № 55, are denied.

2. Unopposed recommendation, № 60, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Kelley's motion to dismiss, № 48, is granted; and Martinez's remaining motions for injunctive relief, № 14 & № 43, are denied as moot. Martinez's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*28 March 2018*