IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUAN MARTINEZ
ADC #151680                                                PETITIONER

v.                          No. 5:17-cv-298-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                          RESPONDENT

## JUDGMENT

Martinez's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2018